# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2012

Robert P. Young, Jr.,
Chief Justice

144442

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DETROIT INTERNATIONAL BRIDGE
COMPANY,
        Plaintiff-Appellant,

v

MICHIGAN DEPARTMENT OF
TRANSPORTATION and MICHIGAN
STATE TRANSPORTATION COMMISSION,
        Defendants-Appellees.

SC: 144442
COA: 298276
Wayne CC: 09-030737-CK
Court of Claims: 09-000134-MK

_____/

On order of the Court, the application for leave to appeal the December 6, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2012

_____
Clerk

h0912